1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   HERMAN GILMORE

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 6:16-po-00677-MJS
                                     )
12              Plaintiff,           )  **REQUEST FOR RULE 43 WAIVER FOR**
                                     )  **PLEA AND SENTENCING; ORDER**
13  vs.                              )
                                     )  Hon. Michael J. Seng
14  HERMAN GILMORE,                  )  Date: July 25, 2017
                                     )  Time: 10:30 a.m.
15              Defendant.           )
                                     )
16

17         Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Herman Gilmore, having been

18  advised of his right to be personally present at all stages of the proceedings, hereby requests that

19  this Court permit him to waive his right to personally appear for plea and sentencing at the July

20  25, 2017 change-of-plea hearing and that he be allowed to appear by video from the United

21  States District Court in San Francisco, California. This Court has the discretion under Rule

22  43(b)(2) to allow Mr. Gilmore to appear by video for plea and sentencing. The government has

23  no objection to this request.

24         Mr. Gilmore currently resides in Redwood City, California, which is an approximately

25  three and a half hour drive to Yosemite National Park. Additionally, Mr. Gilmore works running

26  his own business and would incur significant expense and/or loss of income to travel to and from

27  Yosemite. As the parties have reached a resolution as to the appropriate sentence in this case,

28  Mr. Gilmore respectfully requests that the Court grant a waiver of his right to be personally

present and that he be permitted to appear via video from the United States District Court in San Francisco, California, for purposes of plea and sentencing. The defense is in the process of arranging a video conference with the federal district court in San Francisco.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 20, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
HERMAN GILMORE

# O R D E R

**GOOD CAUSE APPEARING**, Defendant's request for waiver of personal appearance and request to appear via video at the July 25, 2017 hearing in Case No. 6:16-po-00677-MJS is granted provided a fully executed written plea agreement be delivered to the Court at least two court days before the hearing and Defendant arranges for a video appearance from a federal district court.

IT IS SO ORDERED.

Dated:   July 20, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Gilmore – Request for Rule 43 Waiver for
     Plea and Sentencing

2