| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
HERMAN GILMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-po-00677-JDP |
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |
| vs. | |
| HERMAN GILMORE, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Herman Gilmore, that the Court continue Mr. Gilmore's review hearing in this matter to June 26, 2018.

Mr. Gilmore's review hearing is currently scheduled for June 19, 2018. By that date, Mr. Gilmore was required to pay off a $600.00 fine. Mr. Gilmore is experiencing some difficulty making a payment through CVB. Defense counsel needs to investigate this issue. Accordingly, the parties ask the Court to continue the review hearing to June 26, 2018.

//

//

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 12, 2018          */s/ Susan St. Vincent*
                             Susan St. Vincent
                             Yosemite Legal Officer
                             Attorney for Plaintiff

                             HEATHER E. WILLIAMS
                             Federal Defender

Date: June 12, 2018          */s/ Hope Alley*
                             HOPE ALLEY
                             Assistant Federal Defender
                             Attorney for Defendant
                             HERMAN GILMORE

## **O R D E R**

In accordance with the request of the parties, the June 19, 2018 hearing for Herman Gilmore, Case No. 6:16-po-00677, is continued to June 26, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 13, 2018            /s/ *Jeremy D. Peterson*
                                  UNITED STATES MAGISTRATE JUDGE

Gilmore: Stipulation to Continue

2