| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | timothy_zindel@fd.org |

Attorney for Defendant
HERMAN G. GILMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-PO-00677 JDP |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER (PROPOSED)** |
| v. | ) **MODIFYING PROBATION AND** |
| | ) **RESCHEDULING REVIEW HEARING** |
| HERMAN G. GILMORE, | ) |
| | ) |
| Defendant. | ) Date: June 26, 2018 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Herman G. Gilmore, that probation may be extended and modified as set forth below. The parties further agree to continue the hearing scheduled for June 26 to July 17, 2018, for the reasons stated below.

On July 27, 2017, Hon. Michael J. Seng placed Mr. Gilmore on unsupervised probation for 12 months with conditions that he pay a fine of $590 and a $10 assessment. The Court set a payment schedule. When Mr. Gilmore was unable to pay the fine installments on schedule, he contacted his Assistant Federal Defender who advised him that he needed only to be certain to

-1-

1  pay the full amount prior to the review hearing scheduled for June 19, 2018. Prior to the
2  scheduled hearing, Mr. Gilmore contacted the Central Violations Bureau to pay his fine but was
3  told it had been sent to the U.S. Treasury Department for collection. He was also told the he now
4  owed a total of $830.

5  A second Assistant Federal Defender investigated further and discovered that CVB has
6  begun participating in a debt collection program administered by the Treasury Department. This
7  program, not previously familiar to attorneys in the Federal Defender's Office, assesses fees
8  when fines are not paid according to schedule. After looking further into the matter, undersigned
9  defense counsel also discovered that CVB and Treasury had an incorrect mailing address for Mr.
10 Gilmore and therefore never notified him that he would incur additional fees if, as counsel
11 advised, he waited to pay the fine in full until before his review hearing.

12 The parties have agreed to resolve this matter by reducing the fine and assessment in Mr.
13 Gilmore's case to a total of $370 ($360 plus $10) and to extend probation to August 1, 2018, in
14 order to assure that the total now due ($370 plus the $230 fee assessed by the Treasury
15 Department) is paid. The parties further agree to reschedule the review hearing for July 17,
16 2018, at 10:00 a.m. in order to verify that Mr. Gilmore has paid the total of $600 originally
17 ordered by Judge Seng. He has advised defense counsel he intends to pay it once this order is
18 approved so that the July 17 hearing may be vacated.

19 The Treasury Department also advised defense counsel that they can reduce the amount
20 due only upon notice from the Central Violations Bureau that the fine has been reduced.
21 Accordingly, the parties ask the Court to direct the Clerk to notify CVB that the amount of the
22 fine has been reduced.

23 / / / / /
24 / / / / /
25 / / / / /
26 / / / / /
27 / / / / /
28 / / / / /

The parties have concluded that this is the fairest way to resolve the matter as to Mr. Gilmore and ask the Court to adopt their agreement.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 22, 2018  /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for HERMAN G. GILMORE


McGREGOR SCOTT
United States Attorney

Dated: June 22, 2018  /s/ T. Zindel for S. St. Vincent
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

The term of probation imposed on July 27, 2017, is hereby extended to August 1, 2018. The amount of the fine is reduced to $360 and the special assessment remains at $10. Defendant shall therefore pay a total of $370 plus existing fees to the Treasury Department. The Clerk of the Court shall notify Central Violations Bureau that the fine has been reduced so that they may provide notice to the Treasury Department.

The review hearing scheduled for June 26, 2018, is continued to July 17, 2018, at 10:00 a.m., but may be vacated upon notice from the parties that the $600 due has been paid prior.

IT IS SO ORDERED.

Dated: __June 25, 2018__  /s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE