Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:16-PO-00677-JDP |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
| HERMAN G. GILMORE, | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for August 14, 2018. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on August 2, 1017.

.

Dated: August 8, 2018                                   NATIONAL PARK SERVICE


 /S/ Susan St. Vincent_____
Susan St. Vincent
Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for August 14, 2018, in the above referenced matter, *United States v. Gilmore*, *6:16-PO-00677-JDP*, be vacated.

IT IS SO ORDERED.

Dated: August 9, 2018

_____
UNITED STATES MAGISTRATE JUDGE